In the Matter of the Claim of WALTER HOLDERER, Respondent, against THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1929; decided March 19, 1929.)

*Albert A. Kraus, W. Harry Sefton* and *George D. Yeomans* for appellant.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs. Held, that the employer did not have notice of the accident within thirty days after the happening thereof but that the evidence sustains the finding that it was not prejudiced by the failure to serve written notice of injury within the statutory period.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.